IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Tamika Johnson, et al. v. Bayer Pharma AG, et al.*[1] | No. 3:12-cv-10141-DRH-PMF |
| *Davona Sanders, et al. v. Bayer Pharma AG, et al.*[2] | No. 3:12-cv-10163-DRH-PMF |
| *Susan Lamb, et al. v. Bayer Pharma AG, et al.*[3] | No. 3:12-cv-10164-DRH-PMF |
| *Lee Ann Michaud, et al. v. Bayer Pharma AG, et al*[4] | No. 3:12-cv-10165-DRH-PMF |

## ORDER VACATING PLAINTIFF FACT SHEET DISMISSALS

Each of the above captioned plaintiffs has filed a motion to vacate the Court's order dismissing her claims without prejudice for failure to comply with Plaintiff Fact Sheet Requirements. In each case, Bayer states that it is not opposed.

---

[1] This order applies to plaintiffs **Anna Lowery and Yvonne Smith only**.

[2] This order applies to plaintiffs **Brook Anderson and Jonna Wagoner only.**

[3] This order applies to plaintiff **Jennifer Kirk only.**

[4] This order applies to plaintiff **Dawn Martin only.**

Accordingly, the Court hereby **vacates** the Order dismissing without prejudice each of the above captioned plaintiff's claims and thereby **reinstates** the same.

So Ordered:

Digitally signed by David R. Herndon
Date: 2012.12.11 11:52:12 -06'00'

**Chief Judge**
**United States District Court**

Date: December 11, 2012